UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

☐ ORIGINAL

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 15 MAG 3429 (MRG) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| -against- | |
| MICHAEL EHMANN | |
| Defendant. | |

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:   13   day of November, 20 20
Poughkeepsie, New York